IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

vs.                                              No. Civ. 97-0362 RLP/DJS

HORIZON/CMS HEALTHCARE
CORPORATION,

        Defendant.

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

This Court, pursuant to the Memorandum Opinion and Order which accompanies this Judgment, hereby enters Partial Summary Judgment in favor of Plaintiff EEOC, dismissing Defendant Horizon's Third Affirmative Defense. The Court further enters Partial Summary Judgment in favor of Defendant EEOC, dismissing Plaintiff EEOC's claims to relief based on disparate treatment.

_____
RICHARD L. PUGLISI
United States Magistrate Judge
(Sitting by designation)

For Plaintiff:      Loretta Medina, Esq.
                         Veronica Molina, Esq.

For Defendant:    Dean E. Westman, Esq.
                         Cindy Lovato-Farmer, Esq.